# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

HUMBERTO ALICEA,            |   No. 125 MM 2015

           Petitioner

           v.

JUDGE PAUL YATRON, BERKS
COUNTY CCP,

           Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the jurist's name from the caption.